**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2167**

ZAATNURE XI-AMARU,

> Debtor - Appellant,

v.

ATTORNEY CHRISTINE E. BRIMM,

> Appellee,

and

MICHELLE L. VIEIRA,

> Trustee - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Donald C. Coggins, Jr., District Judge.  (8:23-cv-04306-DCC)

Submitted:  June 25, 2024                            Decided:  June 27, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Zaatnure Xi-Amaru, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zaatnure Xi-Amaru appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion for leave to file an interlocutory appeal from the bankruptcy court's order denying relief on several pleadings. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Xi-Amaru's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, although we grant Xi-Amaru's motion for leave to file an amended informal brief, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2